IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROBERT NEVILLE,                 *
                                  *
    Plaintiff,               *
                                  *
v.                           *
                                  *     MC 617-001
ELIZABETH C. MCCAGHREN,     *
                                  *
    Defendant.               *
                                  *
                                  *

**O R D E R**

In a previous case brought by Plaintiff, CV 615-028, the Court informed Plaintiff that the Court would screen for arguable merit all future claims brought by Plaintiff. (CV 615-028, Doc. 52 at 8.) Since then, Plaintiff filed this lawsuit, and the Court has screened his complaint for arguable merit. After careful consideration, the Court will allow Plaintiff's claims to proceed. The Clerk is thus **ORDERED** to file Plaintiff's complaint under a new civil case number. Once a new case has been opened, the Magistrate Judge will address Plaintiff's request to proceed IFP.

**ORDER ENTERED** at Augusta, Georgia this _17th_ day of May, 2017.

                                                              _/s/ J. Randal Hall_
                                                              J. RANDAL HALL, CHIEF JUDGE
                                                              UNITED STATES DISTRICT COURT
                                                              SOUTHERN DISTRICT OF GEORGIA